**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-mj-35 |
| | ) | |
| v. | ) | Driving Under the Influence of Alcohol |
| | ) | 18 U.S.C. Section 13, Assimilating the |
| GERALD D. WRIGHT, | ) | 1950 Code of Virginia, Sections 18.2-266 |
| | ) | and 270(A) and 270(B) |
| *Defendant.* | ) | (Count 1) |
| | ) | |

**SECOND SUPERSEDING CRIMINAL INFORMATION**

THE UNITED STATES, BY AND THROUGH THE ATTORNEY GENERAL AND UNDERSIGNED COUNSEL FOR THE UNITED STATES, CHARGES THAT:

**COUNT ONE**
**(Citation No. E2767636)**

On or about March 31, 2026, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, GERALD D. WRIGHT, was found operating a motor vehicle under the influence of alcohol and is his second such offense committed within less than five years.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 and 270(A) and 270(B).)

TODD W. BLANCHE
ATTORNEY GENERAL

By: /s/
Ian M. Barron
Special Assistant United States Attorney